UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIERRA BUSS,

    Plaintiff,

v.

BARTELL DRUGS,

    Defendant.

NO. C19-0963RSL

ORDER REFERRING MOTION TO APPOINT COUNSEL TO THE SCREENING COMMITTEE

    This matter comes before the Court on plaintiff's "Application for Court-Appointed Counsel in Title VII Action." Dkt. # 4. Ms. Buss is proceeding *pro se* and *in forma pauperis*. The Court has discretion to request a court-appointed attorney on Ms. Buss' behalf, see 28 U.S.C. § 1915(e)(1), and this District has implemented a plan for court-appointed representation of civil rights litigants. The plan requires the Court to assess a plaintiff's case before forwarding a request for counsel to the Pro Bono Screening Committee for further review and possible appointment of pro bono counsel. See General Order, August 1, 2010, Section 3(c). In its initial assessment, the Court evaluates the case to ensure that the claims are not frivolous and that the plaintiff is financially eligible. Id. Ms. Buss' submissions satisfy these criteria.

    The Clerk of Court is therefore directed to forward to the Screening Committee Ms. Buss' complaint (Dkt. # 3), her motion for court-appointed counsel (Dkt. # 4), and a copy of this order

ORDER REFERRING MOTION TO
APPOINT COUNSEL TO THE
SCREENING COMMITTEE - 1

for review and recommendation in accordance with the District's pro bono plan. The Clerk of Court is also directed to renote Ms. Buss' motion for appointment of counsel on the Court's calendar for Friday, August 23, 2019, to give the Screening Committee time to make its recommendation.

Dated this 15th day of July, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge