UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIERRA BUSS,

    Plaintiff,

v.

BARTELL DRUGS,

    Defendant.

NO. C19-0963RSL

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

This matter comes before the Court on plaintiff's "Application for Court-Appointed Counsel in Title VII Action." Dkt. # 4. Ms. Buss is proceeding *pro se* and *in forma pauperis*. In this context, the Court has discretion to request a court-appointed attorney on Ms. Buss' behalf, see 28 U.S.C. § 1915(e)(1), and this District has implemented a plan for court-appointed representation of civil rights litigants. Pursuant to the plan, the Court assessed plaintiff's case to ensure that the claims are not frivolous and that the plaintiff is financially eligible. See General Order, August 1, 2010, Section 3(c). On July 15, 2019, the Court forwarded plaintiff's request for counsel to the Pro Bono Screening Committee for further review and possible appointment of pro bono counsel.

//

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL - 1

1 | The Screening Committee does not recommend appointment of counsel in this case. The application (Dkt. # 4) is therefore DENIED.

Dated this 26th day of September, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL - 2