UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIERRA BUSS, <br><br> Plaintiff, <br><br> v. <br><br> BARTELL DRUGS, <br><br> Defendant. | No. C19-963RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on June 24, 2019. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than November 15, 2019. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, November 15, 2019.

DATED this 30th day of October, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE